| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) WALKER, JOHN M. | 2. Court or Organization Second Circuit Court of Appeals | 3. Date of Report 05/09/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2017 to 12/31/2017 |

**7. Chambers or Office Address**

U.S. Court of Appeals
157 Church Street
New Haven, CT 06510

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Dwight D. Opperman Institute of Judicial Administration |
| 2. | Director | U.S. Association of Constitutional Law |
| 3. | Director | Friends of CEELI |
| 4. | Member | American Society of International Law, Judiciary Advisory Board |
| 5. | Director | Spencer Williams Foundation for Judicial Independence |
| 6. | Director | International Judicial Academy |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 05/09/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | CEELI Institute | 6/1/17-6/8/17 | Budapest, Hungary | Conference of Chief Justices of Central and Eastern Europe | Transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WALKER, JOHN M.** | 05/09/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   --COMMON STOCK-- | | | | | | | | | |
| 2.   AES CORP | A | Dividend | | | Sold | 04/13/17 | J | | |
| 3.   ALLSTATE CORP | B | Dividend | L | T | | | | | |
| 4.   ALPHABET INC CL A | | None | | | Sold | 06/27/17 | J | | |
| 5.   ALPHABET INC CL C | | None | M | T | | | | | |
| 6.   AMERICAN INT'L GROUP | B | Dividend | L | T | | | | | |
| 7.   AMERICAN TOWER INC | C | Dividend | M | T | | | | | |
| 8.   AMPLIFY SNACK BRANDS | | None | | | Sold | 08/29/17 | J | | |
| 9.   ATHENA HEALTH INC | | None | L | T | | | | | |
| 10.  AT & T INC COM | | None | | | Sold | 05/11/17 | J | | |
| 11.  AUTO ZONE INC | | None | K | T | | | | | |
| 12.  BERKSHIRE HATHAWAY | | None | L | T | | | | | |
| 13.  BROCADE COMMUNICATIONS | A | Dividend | | | Buy (add'l) | 03/30/17 | J | | |
| 14. | | | | | Sold | 10/20/17 | K | D | |
| 15.  CARMAX | | None | L | T | | | | | |
| 16.  CHARTER COMMUNICATIONS CL A | | None | L | T | | | | | |
| 17.  CHEVRON CORP | B | Dividend | L | T | Buy (add'l) | 03/07/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CROWN HOLDINGS | | None | L | T | | | | | |
| 19. DENNY'S CORP | | None | | | Sold | 10/20/17 | M | F | |
| 20. DOLLAR TREE INC | | None | L | T | | | | | |
| 21. ENERGY TRANSFER PARTNERS LP | B | Dividend | J | T | Buy (add'l) | 02/14/17 | J | | |
| 22. ENSCO PLC SPONSORED ADR | A | Dividend | K | T | Buy (add'l) | 02/01/17 | K | | |
| 23. FERRARI N.V. | A | Dividend | | | Buy (add'l) | 04/27/17 | J | | |
| 24. | | | | | Sold | 06/13/17 | L | E | |
| 25. GLADSTONE COMM CORP | B | Dividend | K | T | | | | | |
| 26. INTERNATIONAL BUSINESS MACHINES | B | Dividend | | | Buy (add'l) | 03/07/17 | J | | |
| 27. | | | | | Sold | 05/02/17 | M | E | |
| 28. JP MORGAN CHASE | B | Dividend | M | T | Buy (add'l) | 01/26/17 | J | | |
| 29. LABORATORY CORP AMER HOLDINGS | | None | K | T | | | | | |
| 30. LOWES CO INC | B | Dividend | M | T | Buy (add'l) | 02/03/17 | J | | |
| 31. MARKEL CORPORATION | | None | M | T | | | | | |
| 32. MICROSOFT CORP | C | Dividend | M | T | Buy (add'l) | 03/06/17 | J | | |
| 33. NEOGEN CORP | | None | K | T | | | | | |
| 34. NOVARTIS AG SPONSORED ADR | C | Dividend | M | T | Buy (add'l) | 04/19/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NUTANIX INC | | None | J | T | Buy | 05/03/17 | J | | |
| 36. ORACLE CORPORATION | A | Dividend | L | T | Buy (add'l) | 01/23/17 | J | | |
| 37. PEPSICO INC | B | Dividend | K | T | Buy (add'l) | 01/03/17 | J | | |
| 38. PHILIP MORRIS INTL INC COM | B | Dividend | L | T | Buy (add'l) | 01/05/17 | J | | |
| 39. POPEYES LOUSIANA KITCHEN INC | | None | | | Sold | 03/28/17 | L | F | |
| 40. PROCTOR & GAMBLE | B | Dividend | K | T | Buy (add'l) | 05/10/17 | J | | |
| 41. | | | | | Sold (part) | 10/27/17 | J | | |
| 42. ROSS STORES INC | A | Dividend | L | T | | | | | |
| 43. ROYAL BANK CANADA | A | Dividend | K | T | Buy (add'l) | 2/24/17 | J | | |
| 44. SMUCKER JM & CO | B | Dividend | L | T | Buy (add'l) | 1/26/17 | J | | |
| 45. | | | | | Sold (part) | 9/21/17 | L | C | |
| 46. SUPER MICRO COMPUTER INC | | None | K | T | | | | | |
| 47. TAIWAN SEMICONDUCTOR | B | Dividend | L | T | | | | | |
| 48. URSTADT BIDDLE PPT A | B | Dividend | K | T | | | | | |
| 49. WALMART STORES INC | B | Dividend | L | T | | | | | |
| 50. WELLS FARGO & CO NEW | B | Dividend | K | T | | | | | |
| 51. YUM CHINA HOLDINGS INC | A | Dividend | J | T | Buy | 2/13/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. --CASH & EQUIVALENTS-- | | | | | | | | | |
| 54. PERSHING GOVT ACCOUNT | A | Interest | J | T | | | | | |
| 55. DREYFUS TREASURY PRIME INV SH | B | Dividend | N | T | | | | | |
| 56. --LIMITED PARTNERSHIP- | | | | | | | | | |
| 57. BROOKFIELD INFRASTRUCTURE PARTNERS | B | Dividend | L | T | | | | | |
| 58. | | | | | | | | | |
| 59. --BANK ACCOUNTS-- | | | | | | | | | |
| 60. BANK OF AMERICA | A | Interest | J | T | | | | | |
| 61. CITIBANK | A | Interest | J | T | | | | | |
| 62. PEOPLES BANK | A | Interest | J | T | | | | | |
| 63. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 05/09/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 05/09/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JOHN M. WALKER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544